No. 78–5870. HARRIS *v.* WINSTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–5871. YAMINE *v.* FORD MOTOR Co. C. A. 6th Cir. Certiorari denied.

No. 78–5872. LOPEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5878. RICHMOND *v.* FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari Denied.

No. 78–5880. PROPHET *v.* DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 78–5881. NATIELLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5882. PAGLUCCI *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 78–5884. BERNOTAS ET UX. *v.* CHESTER COUNTY WATER RESOURCES AUTHORITY. Commw. Ct. Pa. Certiorari denied.

No. 78–5888. WIDEMAN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 78–5890. McFERRAN *v.* ENLARGED CITY SCHOOL DISTRICT OF TROY, NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–5897. BRAUDRICK *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 78–5899. SPRINGER *v.* COLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 78–5902. FLORES *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.